ACCEPTED
03-14-00671-CV
4069892
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 11:19:43 AM
JEFFREY D. KYLE
CLERK

**CAUSE NO. D-1-GN-14-002146**

| | | |
|---|---|---|
| **STEPHEN M. DANIELS,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | RECEIVED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| **v.** | § | **TRAVIS COUNTY, TEXAS** |
| | § | JEFFREY D. KYLE<br>Clerk |
| **TONY R. BERTOLINO,** | § | |
| **Defendant.** | § | **250TH JUDICIAL DISTRICT** |

---

**PLAINTIFF'S REQUEST FOR SUPPLEMENTAL CLERK'S RECORD**

---

To:     Travis County Clerk's Office, Travis County Courthouse, 1000 Guadalupe Street #222, Austin, Texas  78701

Per my conversation with your office on February 5, 2015 with the very helpful and gracious Patricia Winkler, and pursuant to the appellate court's instructions and to Tex. R. App. P. 34, I am writing to request preparation of a supplemental clerk's record in the above styled case to include the following documents:

1. The "Other Filing," entered on July 10, 2014;

2. The two letters, entered on July 10, 2014;

3. Plaintiff's Motion for Sanctions, entered on August 28, 2014;

4. The Affidavit of Facts, entered on September 23, 2014;

5. The two letters, entered on October 21, 2014;

6. The Order, entered on October 30, 2014; and

7. The letter from Judge Strauss, entered October 30, 2014.

Thank you for your assistance in this matter.  Please contact me at 512-913-7576 or eruffnerlaw@gmail.com with payment information or to answer any questions or provide any other information you may require.

Respectfully submitted,

**THE LAW OFFICE OF ELEANOR RUFFNER, P.C.**

By: /s/ Eleanor Ruffner
    Eleanor Ruffner
    State Bar No. 24047034
    1403 West 6th Street
    Austin, Texas 78703
    (512) 913-7576 (telephone)
    (512) 681-0800 (facsimile
    eruffnerlaw@gmail.com

ATTORNEY FOR PLAINTIFF STEPHEN M. DANIELS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of February, 2015, a true and correct copy of the foregoing document has been delivered via email as follows:

Tony R. Bertolino
Hiba Kazim
BERTOLINO LLP
823 Congress Avenue, Suite 704
Austin, Texas 78701
Email: tbertolino@belowlaw.com and info@belolaw.com

*Attorneys for Defendant Tony R. Bertolino*

/s/ Eleanor Ruffner
Eleanor Ruffner